This video was made in Cooperation with the U.S. Embassy in the Philippines.